UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Daniel T. Akhteebo,<br>Marsa K. Akhteebo,<br><br>Debtor(s) | BK No.:  18-06269<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar |

## ORDER MODIFYING THE AUTOMATIC STAY

This matter coming to be heard on the Motion of Capital One Auto Finance, a division of Capital One, N.A., to modify the automatic stay as to Debtor, due notice being served on the parties of interest and this Court having jurisdiction and being fully advised on the premises, IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. Section 362 is modified so as to not restrain Capital One Auto Finance, a division of Capital One, N.A., from pursuing non bankruptcy remedies with respect to one 2010 Nissan Maxima-V6 Sedan 4D S, VIN 1N4AA5AP4AC861018. *— in rem*

2. Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a)(3), this Order will be effective immediately.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:   26 MAR 2019

**Prepared by:**
Jennifer M. Rinn
Rinn Richman Law
PO Box 465
Chicago, Illinois 60690
Phone: (586) 899-5086
Jennifer@rinnrichmanlaw.com

Rev: 20170105_bko